IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KELBY EDMONDSON, individually, and on behalf of a Class of other similarly situated, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Federal Court No. 6:18-cv-03272-MDH |
| SUGAR LEAF TREATS, LLC, et al. | ) ) ) |
| Defendants. | ) |

### JOINT MOTION TO APPROVE FLSA SETTLEMENT

Plaintiff Kelby Edmondson ("Plaintiff") and Sugar Leaf Treats, LLC ("Sugar Leaf"), Todd Jansen, individually and d/b/a "Sugar Leaf Treats" and "sugar Leaf Treats 2" ("Todd Jansen") and Lori Jansen, individually and d/b/a "Sugar Leaf Treats" and "Sugar Leaf Treats 2" ("Lori Jansen") (collectively, the "Defendants") (Plaintiff and Defendants collectively referred to as the "Parties") jointly move the Court for an Order approving their settlement resolving Plaintiff's claims under the Fair Labor Standards Act ("FLSA"). The Parties' settlement meets (and exceeds) all requirements for the Court's approval. A bona fide dispute exists regarding Plaintiff's entitlement to the claimed damages. The settlement is both fair and equitable to the Parties and contains a reasonable attorneys' fee award. A copy of the Parties' settlement agreement is attached to the Memorandum of Law accompanying this Motion.

1

For these reasons, which are set forth in full in the parties' contemporaneously filed Memorandum of Law in support of this Motion, the Parties respectfully request that this Motion be GRANTED.

Respectfully Submitted By:

| | |
|---|---|
| /s/ Marc N. Middleton | /s/ Todd C. Werts |
| Marc N. Middleton | Todd C. Werts |
| CORNERSTONE LAW FIRM | Bradford B. Lear |
| 8350 North St. Clair Avenue – Suite 225 | LEAR WERTS, LLP |
| Kansas City, Missouri 64151 | 2003 W. Broadway, Ste. 107 |
| Telephone: (816) 581-4040 | Columbia, MO 65203 |
| Facsimile: (816) 741-8889 | Telephone: (573) 875-1991 |
| Email: m.middleton@cornerstonefirm.com | Email: lear@learwerts.com |
| | Email: werts@learwerts.com |
| ATTORNEY FOR DEFENDANT | |
| | and |
| | Robert D. Curran |
| | CURRAN LAW FIRM, LLC |
| | 3516 S. National Ave. |
| | Springfield, MO 65807 |
| | Telephone: (417) 823-7500 |
| | Email: rob@curranlawfirm.com |
| | ATTORNEYS FOR PLAINTIFF |

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing was filed with the Court's CM/ECF system on this 11th day of February, 2019. That system will serve copies on all those requesting notice.

/s/ Todd C. Werts