IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| KELBY EDMONDSON, individually, and on behalf of a Class of other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUGAR LEAF TREATS, LLC, et al.<br><br>Defendants. | Case No. 6:18-cv-03272-MDH |

**ORDER**

Before the Court is the Parties' Joint Motion for Settlement Approval. (Doc. 6). The Court has reviewed the record before the Court. The Court finds that a bona fide dispute exists regarding Plaintiff's entitlement to the claimed damages. The Court further finds the settlement is both fair and equitable to the parties and contains a reasonable attorneys' fee award. Based on the record before the Court, the Court hereby **GRANTS** the motion. The parties are ordered to carry-out the terms of the settlement and the Court hereby **dismisses this case with prejudice.**

**IT IS SO ORDERED.**

Date: February 19, 2019

                                                               /s/ Douglas Harpool
                                                              Douglas Harpool
                                                              United States District Judge